**Donnelly, J.**

**Levy, M.J.**

RECEIVED
APR 05 2023
Kris Lena
PRO SE OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

_____

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

Matthew V. Phelan, Kate A. Scotko, Stanislav Kushnir, Jeffrey P. Maira Jeffrey B. Maddrey, Keechant L. Sewell

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. **23-cv-2524**
(to be filled in by the Clerk's Office)

Jury Trial:  ☐ Yes  ☐ No
(check one)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Kris Lord
Street Address: 790 Eldert Lane, APT 13S
City and County: Brooklyn, Kings
State and Zip Code: NY, 11208
Telephone Number: 929-365-6267
E-mail Address: DrKrisLord@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Keechant L. Sewell
Job or Title (if known): Police Commissioner of the City of NY
Street Address: 1 Police Plaza
City and County: New York, New York
State and Zip Code: NY, 10038
Telephone Number: 646-610-5410
E-mail Address (if known):

Defendant No. 2

Name: Jeffrey B. Maddrey
Job or Title (if known): Chief of Police Department
Street Address: 1 Police Plaza
City and County: New York, New York
State and Zip Code: NY, 10038
Telephone Number: 646-610-6710
E-mail Address (if known):

Defendant No. 3

Name: Stanislav Kushnir
Job or Title (if known): Sergeant 61st Precinct
Street Address: 2575 Coney Island
City and County: Brooklyn, Kings
State and Zip Code: NY, 11223-5027
Telephone Number: ~~718-627-68~~ 718-627-6611
E-mail Address (if known):

Defendant No. 4

Name: Jeffrey P. Maira
Job or Title (if known): Police Officer 62nd Precinct
Street Address: 1925 Bath Avenue
City and County: Brooklyn, Kings
State and Zip Code: NY, 11214-4714
Telephone Number: 718-236-2611
E-mail Address (if known):

3

Defendant No. 5

Name: Kate A. Scotko
Job or Title (if Known): Police Officer 60th Precinct
Street Address: 2951 West 8th Street
City and County: Brooklyn, Kings
State and Zip Code: NY, 11224-3615
Telephone Number: 718-946-3311
Email Address (if known):

Defendant No. 6

Name: Matthew V. Phelan
Job or Title (if Known): Police Officer 60th Precinct
Street Address: 2951 West 8th Street
City and County: Brooklyn, Kings
State and Zip Code: NY, 11224-3615
Telephone Number: 718-946-3311
Email Address (if known):

**II.    Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☒   State or local officials (a § 1983 claim)
☐   Federal officials (a *Bivens* claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Amendment IV, Amendment V, Amendment VI, Amendment IX, Amendment X, Amendment XIII, Amendment XIV, Preamble (establish Justice, insure domestic Tranquility, promote the general Welfare), 18 U.S.C. 2071

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____
_____
_____

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

While in uniform, police officers denied me the ability to file a police report for crimes that are currently in progress as of the filing of this civil action lawsuit.

4

Page 4a

They utilized police officer equipment (such as body cams and office phones) to treat me as if I was the criminal and to help criminals evade prosecution for their crimes. There were police officers who were on duty who were causing a ruckus by conversing loudly and activating taser guns in the precinct while I was being recorded on body cam (per my request) to report on criminal activity in progress and to file a police report. Police officers rushed me out of the precincts or stood outside of the precincts or on the stairs of the precincts to deter and intimidate and prevent me from entering the precinct to file a police report against crimes still in progress as of the filing of this civil action lawsuit. They also ignored the laws (state and federal) and the evidence I proffered showing that those laws were being violated. They also criminally

coerced me to break and to violate (state, federal, and local) laws that they are tasked and have a duty to enforce. While on duty, they defended and blessed a criminal I presented evidence to them should have been arrested. They used their shield to investigate me and intimidate me.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Kings County, New York State, US soil, 60th precinct, 61st precinct, 62nd precinct, body cam footages, building surveillance footages.

B. What date and approximate time did the events giving rise to your claim(s) occur?

March 28, 2023 at 9:53pm until still in progress. (2023) March 31st at 8:05pm-8:20pm, 8:57pm-9:43pm, April 1st, 2023 at 3:12pm-3:50pm, March 28, 2023 at 9:53pm until March 31, 2023 at 5pm.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Joshua Lee, a process server, removed public records, including multiple summons, complaints and affidavits, in violation of NY Penal Code 175.25, and 18 USC 2071. When I reported his criminal activities to the police officers at the 60th precinct, 61st precinct, and 62nd precinct, they refused to allow me to file a police report, citing it is a civil activity instead of criminal activities. Police officers treated me as if I was the criminal by recording me using body cams and removing my driver's license from my person. Other police officers on duty at the time saw what happened. Also body cam and surveillance footage show every detail.

5

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mental distress because a felon has not been arrested. Worry because of concern that other felons are on the loose with the knowledge of the police department. Fear of retaliation since I am remaining undeterred from reporting on the criminal activities of officers within the police department. Anxiety brought on by police officers intimidating and criminally coercing me.

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$500 million dollars. Criminal prosecution of Joshua Lee and all police officers for the crimes they committed when they failed to file a police report against Joshua Lee.

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

**A.** **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 5, 2023

Signature of Plaintiff *Dr. Kris Lord*

Printed Name of Plaintiff Dr. Kris Lord

7