UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
**KRIS LORD**, :
:
     Plaintiff, :
: **MEMORANDUM DECISION AND**
  – against – : **ORDER**
:
: 23-CV-2524 (AMD) (RML)
**KEECHANT L. SEWELL, JEFFREY B.** :
**MADDREY, STAINISLAV KUSHNIR,** :
**JEFFREY P. MAIRA, KATE A. SCOTKO,** :
**AND MATTHEW V. PHELAN** :
:
     Defendants.
------------------------------------------------------------- X

**ANN M. DONNELLY**, United States District Judge:

  On April 5, 2023, the plaintiff brought this § 1983 action against the defendants, alleging that the defendants "denied" the plaintiff "the ability to file a police report for crimes that are currently in progress as of the filing of this civil action lawsuit."[1] (ECF No. 1 at 5.) A summons was issued on April 6, 2023. (ECF No. 3.) On December 14, 2023, Magistrate Judge Robert Levy issued an order noting that the plaintiff "has not shown good cause for the failure to serve," directing the plaintiff to complete service by January 12, 2024, and warning the plaintiff that "[i]f service is not completed by that date, I will recommend that this case be dismissed for failure to prosecute." (*ECF Order dated Dec. 14, 2023*.) To date, the plaintiff has not effected service. Nor has the plaintiff responded to Judge Levy's January 12, 2024 order or engaged in any communication with the Court.

  Accordingly, the plaintiff's claims are dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 4(m); *Chen Chao v. Holder*, No. 10-CV-2432, 2013 WL 4458998,

---

[1] The plaintiff has filed related cases to this matter, which are at docket Nos. 23-cv-02307, 23-cv-02473, 23-cv-03605, 23-cv-03553, and 23-cv-03577.

at *1 (E.D.N.Y. Aug. 16, 2013) (dismissing claims against a defendant where it was "unclear whether [that defendant] had been individually served with a complaint," and that defendant had never appeared).

**SO ORDERED.**

                                                                           s/Ann M. Donnelly

                                              ANN M. DONNELLY
                                              United States District Judge

Dated: Brooklyn, New York
        April 3, 2024