UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
KRIS LORD,

                Plaintiff,                      JUDGMENT
                                            23-CV-2524 (AMD) (RML)

   -against-

KEECHANT L. SEWELL, JEFFREY B. MADDREY,
STAINISLAV KUSHNIR, JEFFREY P. MAIRA,
KATE A. SCOTKO, AND MATTHEW V. PHELAN,

                Defendants.
------------------------------------------------------------ X

        A Memorandum, Decision and Order of the Honorable Ann M. Donnelly, United States District Judge, having been filed on April 3, 2024, dismissing plaintiff's claims without prejudice for failure to prosecute, *See* Fed. R. Civ. P. 4(m); *Chen Chao v. Holder*, No. 10-CV-2432, 2013 WL 445899, at *1 (E.D.N.Y. Aug. 16, 2013); it is

        ORDERED and ADJUDGED that plaintiff's claims are dismissed without prejudice for failure to prosecute, *See* Fed. R. Civ. P. 4(m); *Chen Chao v. Holder*, No. 10-CV-2432, 2013 WL 445899, at *1 (E.D.N.Y. Aug. 16, 2013).

Dated: Brooklyn, NY                                               Brenna B. Mahoney
       April 5, 2024                                                Clerk of Court

                                                                       By: */s/Jalitza Poveda*
                                                                             Deputy Clerk